**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

| | |
|---|---|
| SERZIO L. D. RAINES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | |
| vs. ) | CASE NO. 3:11-0458 |
| ) | JUDGE CAMPBELL/KNOWLES |
| ) | |
| BARBARA JACKSON, et al., ) | |
| ) | |
| Defendants. ) | |

## REPORT AND RECOMMENDATION

On February 29, 2012, the undersigned entered an Order stating in part as follows:

> Within twenty (20) days of the date of entry of this Order, therefore, Plaintiff shall file a written statement showing good cause for his failure to serve Defendant within 120 days after the filing of the Complaint. If Plaintiff fails to comply with the provisions of this Order, the undersigned will recommend that this action be dismissed without prejudice.

Docket No. 9, p. 2.

As of the date of entry of the instant Order, Plaintiff has not filed the required written statement.

Additionally, it appears that mail sent to the pro se Plaintiff from the Clerk's Office has been returned with the notation "Released." Docket Nos. 7, 11. Plaintiff has not kept the Court apprised of his current address.

For the foregoing reasons, the undersigned recommends that this action be dismissed without prejudice.

Under Rule 72(b) of the Federal Rules of Civil Procedure, any party has fourteen (14) days after service of this Report and Recommendation in which to file any written objections to this Recommendation with the District Court. Any party opposing said objections shall have fourteen (14) days after service of any objections filed to this Report in which to file any response to said objections. Failure to file specific objections within fourteen (14) days of service of this Report and Recommendation can constitute a waiver of further appeal of this Recommendation. *See Thomas v. Arn,* 474 U.S. 140, 106 S.Ct. 466, 88 L. Ed. 2d 435 (1985), *reh'g denied*, 474 U.S. 1111 (1986); 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72.

_____
E. Clifton Knowles
United States Magistrate Judge